ACCEPTED
15-25-00079-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/4/2025 4:24 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/4/2025 4:24:40 PM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00079-CV

# In the
# Fifteenth Court of Appeals of Texas
## at Austin

---

Misty Strauss,
*Plaintiff-Appellant,*

v.

Texas Department of Criminal Justice,
*Defendant-Appellee.*

---

On Appeal from an Order of Dismissal
12th Judicial District Court, Walker County, Texas
Cause No. 2330794
Hon. David Moorman, Presiding

---

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

**JOSEPH P. MCDUFFIE\***
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78701
(512) 936-2080
joseph.mcduffie@oag.texas.gov

\*Counsel of Record

COUNSEL FOR DEFENDANT-APPELLEE

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Appellee, the Texas Department of Criminal Justice, respectfully requests this Court to extend their deadline to file Appellee's principal brief until Wednesday, August 20, 2025. In support thereof, Appellee offers the following:

Appellee's principal brief is currently due on August 6, 2025. Appellant requests a two-week extension of this deadline. If granted, Appellee's brief would be due on Wednesday, August 20, 2025. Appellee requests this extension because undersigned counsel has been occupied by other, similarly important cases in which undersigned counsel was required to draft dispositive motions, including *Velazquez v. Osari, et al.*, Civil Action No. 4:25-CV-01148 (S.D. Tex.—Houston), *Keaton v. Njoroge, et al.*, Civil Action No. H-23-4705 (S.D. Tex.—Houston), and *Winningham v. Phillips, et al.*, Appeal No. 25-210360 (5th Cir.).

Appellant Misty Strauss has previously been granted two extensions of time without opposition. Appellant does not oppose this motion and will not be prejudiced if it is granted. This motion is not sought for purposes of delay, but in the interests of justice.

Respectfully Submitted,

*/s/ Joseph P. McDuffie*
**JOSEPH P. MCDUFFIE**
Assistant Attorney General
Texas Bar No. 24143720

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
joseph.mcduffie@oag.texas.gov
(512) 463-2080 (Phone No.)
(512) 370-9814 (Fax No.)

**COUNSEL FOR APPELLEE**

<u>CERTIFICATE OF CONFERENCE</u>

I, **JOSEPH P. MCDUFFIE**, certify that on August 4, 2025, I conferred with counsel for Appellant, Mr. Matt Kita, via e-mail, and that Appellant's counsel is not opposed to this motion or the relief requested.

*/s/ Joseph P. McDuffie*
**JOSEPH P. MCDUFFIE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Joseph P. McDuffie, Assistant Attorney General of Texas, do hereby certify that pursuant to Texas Rule of Appellate Procedure 9.5 and the Court's Local Rules a true and correct copy of the foregoing was served on August 4, 2025, via e-filing, as follows:

**Matthew J. Kita**
Texas Bar No. 24050833
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com

COUNSEL FOR APPELLANT

/s/ Joseph P. McDuffie
**JOSEPH P. MCDUFFIE**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Joseph McDuffie
Bar No. 24143720
gloriana.ojeda@oag.texas.gov
Envelope ID: 103955112
Filing Code Description: Motion
Filing Description: 08042025 Motion for Extension of Time
Status as of 8/4/2025 4:36 PM CST

Associated Case Party: Misty Strauss

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew JKita | | matt@mattkita.com | 8/4/2025 4:24:40 PM | SENT |

Associated Case Party: Texas Department of Criminal Justice

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph McDuffie | | Joseph.McDuffie@oag.texas.gov | 8/4/2025 4:24:40 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Courtney Sawhill | | courtney.sawhill@oag.texas.gov | 8/4/2025 4:24:40 PM | SENT |
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 8/4/2025 4:24:40 PM | SENT |